IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FREDERICK O. SILVER, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:24-CV-1298-RP-DH |
| STATE OF TEXAS OFFICE OF THE ATTORNEY GENERAL, | § § § § | |
| Defendant. | § § | |

**ORDER**

Before the Court is the above styled and numbered cause. In accordance with the Court Docket Management Order filed January 19, 2024, this case was referred to United States Magistrate Judge Dustin Howell for disposition of all non-dispositive matters and for findings and recommendations on all dispositive motions. *See* 28 U.S.C. § 636(b).

**IT IS ORDERED** that the referral of all matters in this action to United States Magistrate Judge Dustin Howell is **WITHDRAWN.**

**IT IS FURTHER ORDERED** that this action is **REFERRED** to United States Magistrate Judge Mark Lane for disposition of all non-dispositive matters and for findings and recommendations on all dispositive motions.

**SIGNED** on February 7, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE